AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

KEN THOMAS,

JUDGMENT IN A CIVIL CASE

Plaintiff,

V.

CASE NUMBER: 13-1040-EFM

CITY OF WICHITA, et al,

Defendants.

☒ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☐ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Plaintiff, Ken Thomas, take nothing, from Defendants, City of Wichita, Kansas, Colin Gallagher, Chris Dugan, and Joseph Evans, and that the action be dismissed on the merits as to Defendants, City of Wichita, Kansas, Colin Gallagher, Chris Dugan, and Joseph Evans.

IT IS SO ORDERED.

| March 16, 2015 | TIMOTHY M. O'BRIEN |
|---|---|
| *Date* | *Clerk* |

/s Cindy McKee

*(By) Deputy Clerk*