IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KEN THOMAS,

        Plaintiff,

vs.

                                                  Case No. 13 CV 1040-EFM-KMH

CITY OF WICHITA, KANSAS,
CITY OF WICHITA POLICE DEPARTMENT,
OFFICER COLIN GALLAGHER AND CITY
OF WICHITA FIRE DEPARTMENT
INVESTIGATOR CHRIS DUGAN AND
JOSEPH EVANS,

        Defendants.

## STIPULATION FOR COSTS

        WHEREAS judgment was entered in the above entitled action on March 16, 2015 against plaintiff Ken Thomas, and

        WHEREAS the parties have resolved issues regarding billable costs and reached agreement on costs to be assessed against plaintiff, the parties therefore hereby stipulate pursuant to D.Kan.Rule 54.1(a)(4)  that costs assessed against plaintiff Ken Thomas be in the amount of TWO THOUSAND EIGHT HUNDRED NINETY-SEVEN DOLLARS AND ONE CENT ($2,897.01) in accordance with the bill of cost attached as Exhibit A.

STIPULATED BY:

/s/ James A. Thompson
James A. Thompson #21263
MALONE, DWIRE & THOMPSON, LLC
P. O. Box 2082
Wichita KS 67201-2082
jthompson@mdtlawyer.com
*Attorney for plaintiff Ken Thomas*

/s/ J. Steven Pigg
J. Steven Pigg          #09213
Attorney for Defendants
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th Street
P. O. Box 949
Topeka, KS  66601-0949
Phone number:  (785) 232-7761
Fax number:  (785) 232-6604
Attorney's E-mail address:  spigg@fisherpatterson.com

# EXHIBIT   A

AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | | |
|---|---|---|
| KEN THOMAS | ) | |
| | ) | |
| v. | ) | Case No.: 13-1040-EFM |
| CITY OF WICHITA, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on <u>  03/16/2015  </u> against <u>  Plaintiff Ken Thomas  </u>,

the Clerk is requested to tax the following as costs:

Date

| | | |
|---|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 350.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 62.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 2,327.58 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 150.43 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 7.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| | TOTAL   $ | 2,897.01 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

---

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☐ Electronic service        ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____   Date: _____

*Name of Claiming Party*

---

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____        By: _____        _____
*Clerk of Court*                                *Deputy Clerk*                                *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Brenda Thomas-Mason<br>Wichita, KS | 1 | 40.00 | 0 | 0.00 | 30 | 17.05 | $57.05 |
| Dan Voorhis<br>Wichita, KS | 1 | 40.00 | 0 | 0.00 | 0 | 0.00 | $40.00 |
| Mark Jordan<br>Wichita, KS | 1 | 40.00 | 0 | 0.00 | 23 | 13.38 | $53.38 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $150.43 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
 "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
 "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(I)**

Costs Other than Attorneys' Fees.
 Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

 When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

 Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Requestor:   SRAZOOK          Payment Inquiry          Page 1 of 1

Performance Accounting          Date/Time of Report: 03/18/2015 12:30:31

City of Wichita, Kansas

Inquired Key:

| | | |
|---|---|---|
| Payment No: 569237 | Vendor No/Sfx:  810701      / 002 | Payment Date: 11/09/2012 |
| Payment Amount: 350.00 | Vendor Name:  CLERK U S DISTRICT COURT | Xref Pmt No: |
| Method: Check | | Clearance Date: 11/20/2012 |
| Status: Cleared | | |

| Doc Dept | Doc No / Sfx | Fiscal Yr | Invoice No | Invoice Description | Vendor Acct No | Pmt Amount | Rvs? |
|---|---|---|---|---|---|---|---|
| 99 | AV246092 / 001 | 2012 | 20121105 | Thomas v. COW - fee for remov | | 350.00 | ☐ |

Requestor: SRAZOOK                                                    Page 1 of 1
Performance Accounting                              Date/Time of Report: 3/18/2015 12:25:48

City of Wichita, Kansas
Transaction Detail Inquiry
Month 11 2012

Inquired Key:

Dept: 99  Document Department Fiscal Yr: 2012
Cur Doc No / Sfx: AV246092 / 1

---

┌─ Document Related ────────────────────────────────────┐  ┌─ Transaction Code ──┐
│ Post Date: 11/05/2012   Trans Amount: 350.00   Reverse?☐│  │ T-Code: 200          │
│ Overrides:None          Modifier: None   Ref Doc No/Sfx:│  │ ── GL Accounts ──    │
│ ┌─ Classification Elements ─────────────────────────┐  │  │ Dr 1:  4301   Dr 4:  │
│ │  Dept:   04      Appn No:  0200    Obj Lvl 1:   2 │  │  │ Cr 1:  2001   Cr 4:  │
│ │ Appn Yr:  2012     Fund:   620     Obj Lvl 2:  250│  │  │ Dr 2:         Dr 5:  │
│ │  OCA:   040063   Subfund:  004     Obj Lvl 3: 2506│  │  │ Cr 2:         Cr 5:  │
│ │  PCA:   11004  Project No/Detail:  Obj Lvl 4:     │  │  │ Dr 3:                │
│ │ Grant No/Detail:         User Code 1:  User Code 2:│  │  │ Cr 3:                │
│ │ Subgrantee:                            User Code 3:│  │  │                      │
│ │ Multipurpose Code:       Contract:                │  │  │ Subsidiary GL:       │
│ └────────────────────────────────────────────────────┘  │  └──────────────────────┘
│ ┌─ Payment Related ─────────────────────────────────────────┐  ┌─ Fixed Assets Related ─┐
│ │  Vendor No: 810701    / 002  CLERK U S DISTRICT COURT      │  │ FA Capitalize Ind: None │
│ │ Pmt Vendor No: 810701 / 002  CLERK U S DISTRICT COURT      │  │  Property No:           │
│ │  Invoice No: 20121105   Date: 11/5/2012  Vendor Account No:│  │  IRS 1099 Ind: 07       │
│ │  Desc: Thomas v. COW - fee for removing case to Fed. Court-12CV3736 │  Service Date:     │
│ │ Disc Amount:          Date:        Gen Date:11/9/2012      │  └────────────────────────┘
│ │   Pmt No: 569237    Date: 11/9/2012   Pmt Method: Check    │
│ └─────────────────────────────────────────────────────────────┘

**BILL OF COSTS**
**Kent Thomas v. City of Wichita, et al.**
**Case No. 13-1040-EFM**

**Attachment A**

Fees of the process server for service of subpoenas:

| DATE | PROCESS SERVER | AMOUNT |
|---|---|---|
| January 30, 2014 | HPS Process Service – Brenda Thomas-Mason | $62.00 |
| | | |
| | **TOTAL** | **$62.00** |



# INVOICE

Invoice #HAT-2014002371
2/3/2014

David Ozaki
FISHER, PATTERSON, ET AL
3550 Southwest 5th Street
Topeka, KS 66601-0949

Send Payments To:
HPS Process Service & Investigations, Inc.
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
Phone: (800) 796-9559
Fax: (855) 796-9801
Tax Num: 43-1796673

Case Number: 13CV1040CMKMH

Plaintiff/Petitioner:
KEN THOMAS

Defendant/Respondent:
CITY OF WICHITA, et al.

Served: 1/30/2014 5:00 pm
To be served on: Brenda Thomas-Mason

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee | 1.00 | 62.00 | 62.00 |
| TOTAL CHARGED: | | | $62.00 |

BALANCE DUE: $62.00

HPS has locations across the Midwest ready to handle all your process service and investigation needs!  Simply go to:
www.hpsprocess.com and place your order or email for a quote.

Did you know HPS:  DISCOUNTS BULK WORK, ISSUES WITNESS FEE CHECKS, OFFERS DIFFICULT TO FIND LOCATE
SERVICES.  All of this and much more is available to you.  Please visit our web site for additional information.  Thank you!!

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

099836

| VENDOR | HPS Process Service & Investigations, Inc. | | CHECK DATE | 02/13/2014 | | CHECK NO. | 99836 | |
|---|---|---|---|---|---|---|---|---|
| **OUR FILE NO.** | **INVOICE NUMBER** | | **INVOICE DATE** | | **INVOICE AMOUNT** | | **AMOUNT PAID** | |
| 1422.29914 JSP | HAT-2014002371 | | 02/03/2014 | | $62.00 | | $62.00 | |

Fee for Service of Process on Brenda Thomas-Mason

Re: Thomas v. City of Wichita, et al.

Check Amount: $62.00

---

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**
3550 SW 5TH STREET
P.O. BOX 949 (785) 232-7761
TOPEKA, KS 66601-0949

KAW VALLEY BANK
TOPEKA, KS

44-14
1011

099836

| CHECK NO. | CHECK DATE | VENDOR |
|---|---|---|
| 99836 | 02/13/2014 | HPS |

VOID VOID VOID VOID

PAY    Sixty-two and NO/100

CHECK AMOUNT

$62.00

VOID AFTER 90 DAYS

TO THE
ORDER
OF
HPS Process Service & Investigations, Inc.
1669 Jefferson Street
Kansas City, MO 64108

*Vicky D Ziegler*

AUTHORIZED SIGNATURE (S)

⑈099836⑈ ⑆101100142⑆ ⑈16 523 9⑈

---

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

099836

| VENDOR | HPS Process Service & Investigations, Inc. | | CHECK DATE | 02/13/2014 | | CHECK NO. | 99836 | |
|---|---|---|---|---|---|---|---|---|
| **OUR FILE NO.** | **INVOICE NUMBER** | | **INVOICE DATE** | | **INVOICE AMOUNT** | | **AMOUNT PAID** | |
| 1422.29914 JSP | HAT-2014002371 | | 02/03/2014 | | $62.00 | | $62.00 | |

Fee for Service of Process on Brenda Thomas-Mason

Re: Thomas v. City of Wichita, et al.

Check Amount: $62.00

**BILL OF COSTS**
**Kent Thomas v. City of Wichita, et al.**
**Case No. 13-1040-EFM**

**Attachment B**

**Fees of the court reporters for transcripts for use in the case:**

| DATE | COURT REPORTER | AMOUNT |
|---|---|---|
| October 8, 2013 | Deposition Services – deposition of Ken Thomas (Invoice 1310-07B) ($828.42 less exhibit copies $34.50, witness signature fee $15.00, and postage $5.32) | $773.60 |
| October 9, 2013 | Kelley York & Associates – depositions of Christopher Dugan and Colin Gallagher (Invoice 14375) | $566.20 |
| November 15, 2013 | Kelley York & Associates – depositions of Elizabeth Marin and Joseph Evans (Invoice 14573) | $330.20 |
| March 9, 2015 | Kelley York & Associates – deposition of Kent Miller (Invoice 16416) | $322.58 |
| March 9, 2015 | Kelley York & Associates – videotaping the deposition of Kent Miller (Invoice 3396) | $335.00 |
| | | |
| | **TOTAL** | **$2,327.58** |

# DEPOSITION
## SERVICES LLC

Invoice No.
TAX ID 20-8209526 310-07B

155 NORTH MARKET
SUITE 810
WICHITA, KANSAS 67202

316-264-7876

October 21, 2013

Mr. J. Steven Pigg
Fisher, Patterson, Sayler & Smith, LLP
3550 S.W. 5th Street
P. O. Box 949
Topeka, KS  66601-0949

RE:  KEN THOMAS vs. CITY OF WICHITA, KANSAS, et al.;
     Case No. 13 CV 1040-CM-KMH

The Original Transcript of the deposition of
KEN THOMAS, taken on October 8, 2013 --------------------- $532.10
One Condensed Transcript Copy ----------------------------- 241.50
One e-tran Copy ------------------------------------------- n/c
Exhibit Copies -------------------------------------------- 34.50
Witness Signature Fee ------------------------------------- 15.00
Postage --------------------------------------------------- 5.32

                    TOTAL AMOUNT DUE    $828.42


*We Appreciate Your Business!!!*

**099325**

| VENDOR Deposition Services LLC | | CHECK DATE 10/29/2013 | | CHECK NO. 99324 | |
|---|---|---|---|---|---|
| **OUR FILE NO.** | **INVOICE NUMBER** | **INVOICE DATE** | **INVOICE AMOUNT** | **AMOUNT PAID** | |
| 1422.29914 JSP | 1310-07B | 10/21/2013 | $828.42 | $828.42 | |

Deposition of Ken Thomas taken on 10/8/13

Re: Ken Thomas v. City of Wichita, KS, et al., Case No. 13CV1040-CM-KMH

Check Amount:   $828.42

---

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**
3550 SW 5TH STREET
P.O. BOX 949 (785) 232-7761
TOPEKA, KS 66601-0949

KAW VALLEY BANK
TOPEKA, KS

44-14
1011

**099325**

| CHECK NO. | CHECK DATE | VENDOR |
|---|---|---|
| 99324 | 10/29/2013 | DEPOSI |

PAY   Eight hundred twenty-eight and forty-two/100

CHECK AMOUNT
$828.42

TO THE
ORDER
OF

Deposition Services LLC
155 N. Market, Ste 810
Wichita, KS 67202

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE(S)

⑈099325⑈ ⑈101100142⑈ ⑈16 523 9⑈

---

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

**099325**

| VENDOR Deposition Services LLC | | CHECK DATE 10/29/2013 | | CHECK NO. 99324 | |
|---|---|---|---|---|---|
| **OUR FILE NO.** | **INVOICE NUMBER** | **INVOICE DATE** | **INVOICE AMOUNT** | **AMOUNT PAID** | |
| 1422.29914 JSP | 1310-07B | 10/21/2013 | $828.42 | $828.42 | |

Deposition of Ken Thomas taken on 10/8/13

Re: Ken Thomas v. City of Wichita, KS, et al., Case No. 13CV1040-CM-KMH

Check Amount:   $828.42

*11/4/13*



# INVOICE

*Kelley, York & Associates, Ltd.*
*Court Reporting with a Difference*
515 South Main, Suite 105
Wichita, KS 67202
(316) 267-8200
Toll Free 1-800-654-8684

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 14375 | 10/30/2013 | 01-11816 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/09/2013 | RJF | |

| CASE CAPTION |
|---|
| Thomas vs City of Wichita, et al. |

| TERMS |
|---|
| Net 30 |

J. Steven Pigg
FISHER PATTERSON SAYLER & SMITH
PO BOX 949
TOPEKA, KS 66601-0949

TRANSCRIPT OF DEPOSITION OF:
  Christopher Dugan                                          270.40

TRANSCRIPT OF DEPOSITION OF:
  Colin Patrick Gallagher                                   295.80

                                    TOTAL DUE  >>>>          566.20

A finance charge of 1.5% per month or the maximum allowed by law may be charged on
balances more than 30 days past due.

TAX ID NO.: 48-1080971                                    (785) 232-7761

*Please detach bottom portion and return with payment.*

J. Steven Pigg
FISHER PATTERSON SAYLER & SMITH
PO BOX 949
TOPEKA, KS 66601-0949

Invoice No.: 14375
Date      : 10/30/2013
**TOTAL DUE** :    566.20


Job No.   : 01-11816
Case No.  :
Thomas vs City of Wichita, et al.

Remit To:   **KELLEY, YORK & ASSOCIATES, LTD.**
            **515 S. MAIN, SUITE 105**
            **WICHITA, KS 67202-3752**

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

099409

| VENDOR | Kelley, York & Associates, Ltd. | | CHECK DATE | 11/08/2013 | | CHECK NO. | 99409 |
|---|---|---|---|---|---|---|---|
| **OUR FILE NO.** | **INVOICE NUMBER** | | **INVOICE DATE** | | **INVOICE AMOUNT** | | **AMOUNT PAID** |
| 1422.29914 JSP | 14375 | | 10/30/2013 | | $566.20 | | $566.20 |

Depositions of Christopher Dugan and Colin Patrick Gallagher taken on 10/9/13

Re:  Thomas v. City of Wichita, et al.

Check Amount:   $566.20

---

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**
3550 SW 5TH STREET
P.O. BOX 949 (785) 232-7761
TOPEKA, KS 66601-0949

KAW VALLEY BANK
TOPEKA, KS

44-14
1011

099409

| CHECK NO. | CHECK DATE | VENDOR |
|---|---|---|
| 99409 | 11/08/2013 | KELLEY |

CHECK AMOUNT
$566.20

PAY   Five hundred sixty-six and twenty/100

VOID

VOID AFTER 90 DAYS

TO THE
ORDER
OF

Kelley, York & Associates, Ltd.
515 S. Main Street, Suite 105
Wichita, KS  67202

_Patricia K Reed_
_Vicky D Bingley_
AUTHORIZED SIGNATURE (S)

⑆099409⑆ ⑆101100142⑆ ⑈16 523 9⑈

---

SHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

099409

| VENDOR | Kelley, York & Associates, Ltd. | | CHECK DATE | 11/08/2013 | | CHECK NO. | 99409 |
|---|---|---|---|---|---|---|---|
| **OUR FILE NO.** | **INVOICE NUMBER** | | **INVOICE DATE** | | **INVOICE AMOUNT** | | **AMOUNT PAID** |
| 1422.29914 JSP | 14375 | | 10/30/2013 | | $566.20 | | $566.20 |

Depositions of Christopher Dugan and Colin Patrick Gallagher taken on 10/9/13

Re:  Thomas v. City of Wichita, et al.

Check Amount:   $566.20

*12/19/13*



Kelley, York & Associates, Ltd.
Court Reporting with a Difference
515 South Main, Suite 105
Wichita, KS 67202
(316) 267-8200
Toll Free 1-800-654-8684

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 14573 | 12/16/2013 | 01-11939 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/15/2013 | RJF | |

| CASE CAPTION |
|---|
| Thomas vs City of Wichita, et al. |

| TERMS |
|---|
| Net 30 |

J. Steven Pigg
FISHER PATTERSON SAYLER & SMITH
PO BOX 949
TOPEKA, KS 66601-0949

```
TRANSCRIPT OF DEPOSITION OF:
  Elizabeth Anne Martin                                        143.60

TRANSCRIPT OF DEPOSITION OF:
  Joseph Dillard Evans                                         186.60
                                                          ------------
                                    TOTAL DUE  >>>>            330.20

WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES INCURRED, NOT THEIR CLIENT.   PAYMENT
DUE IN 30 DAYS.
```

TAX ID NO. : 48-1080971                                    (785) 232-7761

*Please detach bottom portion and return with payment.*

J. Steven Pigg
FISHER PATTERSON SAYLER & SMITH
PO BOX 949
TOPEKA, KS 66601-0949

```
Invoice No.:  14573
Date      :  12/16/2013
TOTAL DUE :     330.20
```

```
Job No.   :  01-11939
Case No.  :
Thomas vs City of Wichita, et al.
```

Remit To:    KELLEY, YORK & ASSOCIATES, LTD.
             515 S. MAIN, SUITE 105
             WICHITA, KS 67202-3752

099603

| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID |
|---|---|---|---|---|
| 1422.29914 JSP | 14573 | 12/20/2013 | $330.20 | $330.20 |

VENDOR Kelley, York & Associates, Ltd.   CHECK DATE   12/20/2013   CHECK NO.   99603

Depositions of Elizabeth A. Martin and Joseph D. Evans taken on 11/15/13

Re:  Thomas v. City of Wichita

Check Amount:  $330.20

---

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**
3550 SW 5TH STREET
P.O. BOX 949 (785) 232-7761
TOPEKA, KS 66601-0949

KAW VALLEY BANK
TOPEKA, KS

44-14
1011

099603

| CHECK NO. | CHECK DATE | VENDOR |
|---|---|---|
| 99603 | 12/20/2013 | KELLEY |

CHECK AMOUNT
$330.20

PAY   Three hundred thirty and twenty/100

TO THE
ORDER
OF

Kelley, York & Associates, Ltd.
515 S. Main Street, Suite 105
Wichita, KS  67202

VOID AFTER 90 DAYS

*Victy D Bagley*

AUTHORIZED SIGNATURE (S)

⑈099603⑈ ⑈101100142⑈ ⑈16 523 9⑈

---

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA,  KS 66601-0949

099603

| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID |
|---|---|---|---|---|
| 1422.29914 JSP | 14573 | 12/20/2013 | $330.20 | $330.20 |

VENDOR Kelley, York & Associates, Ltd.   CHECK DATE   12/20/2013   CHECK NO.   99603

Depositions of Elizabeth A. Martin and Joseph D. Evans taken on 11/15/13

Re:  Thomas v. City of Wichita

Check Amount:  $330.20

3/16/15



*Kelley, York & Associates, Ltd.*
*Court Reporting with a Difference*
515 South Main, Suite 105
Wichita, KS 67202
(316) 267-8200
Toll Free 1-800-654-8684

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 16416 | 03/13/2015 | 01-13756 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/09/2015 | RJF | |
| | **CASE CAPTION** | |
| | Thomas vs City of Wichita, et al. | |
| | **TERMS** | |
| Net 30 | | |

J. Steven Pigg
FISHER PATTERSON SAYLER & SMITH
PO BOX 949
TOPEKA, KS 66601-0949

---

ORIGINAL OF DEPOSITION OF:
   Kent Miller                        322.58

                              TOTAL   DUE   >>>>     322.58

A finance charge of 1.5% per month or the maximum allowed by law may be charged on
balances more than 30 days past due.

TAX ID NO.: 48-1080971

*Please detach bottom portion and return with payment.*

---

J. Steven Pigg
FISHER PATTERSON SAYLER & SMITH
PO BOX 949
TOPEKA, KS 66601-0949

Invoice No.: 16416
Date    : 03/13/2015
**TOTAL DUE** :    322.58

Job No.   : 01-13756
Case No.  :
Thomas vs City of Wichita, et al.

Remit To:    **KELLEY, YORK & ASSOCIATES, LTD.**
            **515 S. MAIN, SUITE 105**
            **WICHITA, KS 67202-3752**

101633

| VENDOR Kelley, York & Associates, Ltd. | CHECK DATE | | CHECK NO. | |
|---|---|---|---|---|
| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID |
| 1422.29914 JSP | 16416 | 03/13/2015 | $322.58 | $322.58 |

Deposition of Kent Miller taken on 3/9/15

Re:  Thomas v. City of Wichita, et al.

Check Amount:  $322.58

---

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**
3550 SW 5TH STREET
P.O. BOX 949 (785) 232-7761
TOPEKA, KS 66601-0949

KAW VALLEY BANK
TOPEKA, KS

44-14
1011

101633

| CHECK NO. | CHECK DATE | VENDOR |
|---|---|---|
| 101633 | 03/23/2015 | KELLEY |

CHECK AMOUNT

$322.58

PAY   Three hundred twenty-two and fifty-eight/100

TO THE
ORDER
OF

Kelley, York & Associates, Ltd.
dba Advanced Document Imaging
515 S. Main Street, Suite 105
Wichita, KS 67202-3752

VOID AFTER 90 DAYS

*Vicky D Zagler*

AUTHORIZED SIGNATURE (S)

⑈101633⑈ ⑆101100142⑆ ⑈16 523 9⑈

---

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

101633

| VENDOR Kelley, York & Associates, Ltd. | CHECK DATE | | CHECK NO. | |
|---|---|---|---|---|
| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID |
| 1422.29914 JSP | 16416 | 03/13/2015 | $322.58 | $322.58 |

Deposition of Kent Miller taken on 3/9/15

Re:  Thomas v. City of Wichita, et al.

Check Amount:  $322.58

KELLEY YORK AND ASSOCIATES, LTD

dba Advanced Document Imaging
515 S. Main, Suite 105
Wichita, KS 67202-3752

| Date | Invoice # |
|------|-----------|
| 3/11/2015 | 3396 |

| Bill To |
|---------|
| FISHER PATTERSON SAYLER & SMITH<br>J. Steven Pigg<br>3550 SW 5th Street<br>Topeka, KS  66601 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Net 10 |  |

| Description | Quantity | Rate | Amount |
|-------------|----------|------|--------|
| Videotaping Service 3/9/15 Kent Miller; Thomas v City of Wichita | 2 | 100.00 | 200.00 |
| Capture miniDV into mpeg format | 1 | 20.00 | 20.00 |
| DVD's | 1 | 35.00 | 35.00 |
| VideoSync | 1 | 30.00 | 30.00 |
| Expedited charge | 1 | 50.00 | 50.00 |

| Total | $335.00 |
|-------|---------|

| Phone # | Fax # | E-mail |
|---------|-------|--------|
| 316-267-8200 | 316-267-9382 | doropesa@kelleyyork.com |

101630

| | | CHECK DATE | | CHECK NO. | |
|---|---|---|---|---|---|
VENDOR   Kelley, York & Associates, Ltd.         03/23/2015            101630

| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID |
|---|---|---|---|---|
| 1422.29914 JSP | 3396 | 03/11/2015 | $335.00 | $335.00 |

Videotaping Services on 3/9/15 of Kent Miller

Re:  Thomas v. City of Wichita

Check Amount:  $335.00

---

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**
3550 SW 5TH STREET
P.O. BOX 949 (785) 232-7761
TOPEKA, KS 66601-0949

KAW VALLEY BANK
TOPEKA, KS

44-14 / 1011

101630

| CHECK NO. | CHECK DATE | VENDOR |
|---|---|---|
| 101630 | 03/23/2015 | KELLEY |

PAY   Three hundred thirty-five and NO/100

CHECK AMOUNT
$335.00

TO THE
ORDER
OF

Kelley, York & Associates, Ltd.
dba Advanced Document Imaging
515 S. Main Street, Suite 105
Wichita, KS  67202-3752

VOID AFTER 90 DAYS

*Vicky D. Ziegler*

AUTHORIZED SIGNATURE (S)

⑈'101630'⑈  ⑆'101100142'⑆  ⑈'16  523  9'⑈

---

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

101630

| | | CHECK DATE | | CHECK NO. | |
|---|---|---|---|---|---|
VENDOR   Kelley, York & Associates, Ltd.         03/23/2015            101630

| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID |
|---|---|---|---|---|
| 1422.29914 JSP | 3396 | 03/11/2015 | $335.00 | $335.00 |

Videotaping Services on 3/9/15 of Kent Miller

Re:  Thomas v. City of Wichita

Check Amount:  $335.00

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

**099745**

| VENDOR | | CHECK DATE | | CHECK NO. |
|---|---|---|---|---|
| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID |

Witness fee and mileage
Thomas v. City of Wichita, 1422.29914 JSP

---

FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 SW 5TH STREET
P.O. BOX 949 (785) 232-7761
TOPEKA, KS 66601-0949

KAW VALLEY BANK
TOPEKA, KS

44-14
1011

**099745**

| CHECK NO. | CHECK DATE | VENDOR |
|---|---|---|
| 099745 | 01/27/2014 | |

PAY    FIFTY SEVEN AND 05/100 DOLLARS

CHECK AMOUNT

$57.05

TO THE
ORDER
OF

Brenda Thomas-Mason
9844 N. Grove
Valley Center, KS 67147

VOID AFTER 90 DAYS

*Vicky D Ziegler*

AUTHORIZED SIGNATURE (S)

⑆099745⑆ ⑈101100142⑈ ⑈16 523 9⑈

---

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

**099745**

| VENDOR | | CHECK DATE | | CHECK NO. |
|---|---|---|---|---|
| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID |

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

100159

| VENDOR Dan Voorhis | | CHECK DATE 04/21/2014 | | CHECK NO. 100159 | |
|---|---|---|---|---|---|
| **OUR FILE NO.** | **INVOICE NUMBER** | **INVOICE DATE** | **INVOICE AMOUNT** | **AMOUNT PAID** | |
| 1422.29914 JSP | None | 04/21/2014 | $40.00 | $40.00 | |

Witness Fee

Re:  Thomas v. City of Wichita

Check Amount:  $40.00

---

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**
3550 SW 5TH STREET
P.O. BOX 949 (785) 232-7761
TOPEKA, KS 66601-0949

KAW VALLEY BANK
TOPEKA, KS

44-14
1011

100159

| CHECK NO. | CHECK DATE | VENDOR |
|---|---|---|
| 100159 | 04/21/2014 | DVOORH- |

CHECK AMOUNT
$40.00

PAY   Forty and NO/100

TO THE
ORDER
OF

Dan Voorhis
c/o The Wichita Eagle
825 E. Douglas
Wichita, KS  67202

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE (S)

⑈100159⑈ ⑆101100142⑆ ⑈16 523 9⑈

---

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

100159

| VENDOR Dan Voorhis | | CHECK DATE 04/21/2014 | | CHECK NO. 100159 | |
|---|---|---|---|---|---|
| **OUR FILE NO.** | **INVOICE NUMBER** | **INVOICE DATE** | **INVOICE AMOUNT** | **AMOUNT PAID** | |
| 1422.29914 JSP | None | 04/21/2014 | $40.00 | $40.00 | |

Witness Fee

Re:  Thomas v. City of Wichita

Check Amount:  $40.00

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

101517

| VENDOR   Mark Jordan | | CHECK DATE   02/27/2015 | | CHECK NO.   101517 | |
|---|---|---|---|---|---|
| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | | AMOUNT PAID |
| 1422.29914 JSP | None | 02/27/2015 | $53.38 | | $53.38 |

Witness Fee

Check Amount:   $53.38

---

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**
3550 SW 5TH STREET
P.O. BOX 949 (785) 232-7761
TOPEKA, KS 66601-0949

KAW VALLEY BANK
TOPEKA, KS

44-14
1011

101517

| CHECK NO. | CHECK DATE | VENDOR |
|---|---|---|
| 101517 | 02/27/2015 | MJORDA |

PAY   Fifty-three and thirty-eight/100

CHECK AMOUNT
$53.38

TO THE
ORDER
OF

Mark Jordan
1868 N. Lark Court
Wichita, KS  67212

VOID AFTER 90 DAYS

Vicky D Zegler

AUTHORIZED SIGNATURE (S)

⑈101517⑈ ⑆011001142⑆ ⑈16 523 9⑈

---

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

101517

| VENDOR   Mark Jordan | | CHECK DATE   02/27/2015 | | CHECK NO.   101517 | |
|---|---|---|---|---|---|
| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | | AMOUNT PAID |
| 1422.29914 JSP | None | 02/27/2015 | $53.38 | | $53.38 |

Witness Fee

Check Amount:   $53.38

**BILL OF COSTS**
**Kent Thomas v. City of Wichita, et al.**
**Case No. 13-1040-EFM**


**Attachment C**

Fees of the records necessarily obtained for use in the case:

| DATE | COURT REPORTER | AMOUNT |
|---|---|---|
| February 21, 2014 | Sedgwick County Sheriff – copies of the Sheriff's records and the detention facility records of Ken Thomas | $7.00 |
| | | |
| | **TOTAL** | **$7.00** |

**FPS&S**  **Fisher Patterson Sayler & Smith**

Experience Counts

Attorneys and Counselors

3550 SW 5th Street
Post Office Box 949
Topeka, Kansas 66601

TEL  785.232.7761
FAX  785.232.6604
WEB  fisherpatterson.com

A Limited Liability Partnership

February 21, 2014

COPY

DEBBRA ALEXANDER
SEDGWICK COUNTY SHERIFF'S OFFICE
RECORDS SECTION
141 W ELM
WICHITA KS 67203

Re:     Ken Thomas v. City of Wichita, et al.
        13 CV 1040 CM-KMH

Dear Ms. Alexander:

In accordance with your letter of February 13, enclosed is our check in the amount of $7.00 to cover the cost of the records requested in our subpoena.  Please forward the records to me as soon as possible.

Sincerely,

J. Steven Pigg
(785) 286-6632
spigg@fisherpatterson.com

JSP\bd

Enclosure:  Check for $7.00

{T0426725}

Topeka  •  Overland Park

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

**099876**

| | VENDOR Sedgwick County | CHECK DATE 02/21/2014 | | CHECK NO. 99876 | |
|---|---|---|---|---|---|
| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | |
| 1422.29914 JSP | Prepayment | 02/13/2014 | $7.00 | $7.00 | |

Prepayment for Records of Kenney Thomas (287 pages)

Re:  Ken Thomas v. City of Wichita, et al., Case No. 13CV1040 CM-KMH

Check Amount:  $7.00

---

**FISHER, PATTERSON, SAYLER & SMITH, L.L.P.**
3550 SW 5TH STREET
P.O. BOX 949 (785) 232-7761
TOPEKA, KS 66601-0949

KAW VALLEY BANK
TOPEKA, KS

44-14
1011

**099876**

| CHECK NO. | CHECK DATE | VENDOR |
|---|---|---|
| 99876 | 02/21/2014 | SEDGW |

PAY   Seven and NO/100

CHECK AMOUNT

$7.00

TO THE
ORDER
OF

Sedgwick County
Sedgwick County Sheriff's Office
Records Section
141 W. Elm Street
Wichita, KS 67203

VOID AFTER 90 DAYS

AUTHORIZED SIGNATURE (S)

⑈099876⑈ ⑆101100142⑆ ⑈16 523 9⑈

---

FISHER, PATTERSON, SAYLER & SMITH, L.L.P. • P.O. BOX 949 • TOPEKA, KS 66601-0949

**099876**

| | VENDOR Sedgwick County | CHECK DATE 02/21/2014 | | CHECK NO. 99876 | |
|---|---|---|---|---|---|
| OUR FILE NO. | INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | AMOUNT PAID | |
| 1422.29914 JSP | Prepayment | 02/13/2014 | $7.00 | $7.00 | |

Prepayment for Records of Kenney Thomas (287 pages)

Re:  Ken Thomas v. City of Wichita, et al., Case No. 13CV1040 CM-KMH

Check Amount:  $7.00

*2/18/14*



# SEDGWICK COUNTY, KANSAS

### SHERIFF'S OFFICE
### JEFFREY T. EASTER
#### Sheriff

141 WEST ELM   *   WICHITA, KANSAS  67203   *   TELEPHONE: (316) 660-3900   *   FAX: (316) 660-3248

February 13, 2014

Steven Pigg
Fisher, Patterson, Sayler & Smith
3550 SW 5th Street
PO Box 949
Topeka, Kansas 66601

Re:  Ken Thomas vs City of Wichita, Et Al
     13 CV 1040 CM-KMH

Dear Mr. Pigg,

On January 30, 2014, the Sheriff's Office received your subpoena requesting "…all documents relating to Kenney Thomas (DOB: XX-XX-1958), including but not limited to booking records, arrest records, disciplinary records, medical records, photographs, and any other documents that relate to Mr. Thomas, including all records related to his arrest and detention on June 2, 2011, until his release."

There are a total of 287 pages of records which respond to your request. Those records will be released to you upon payment of $7.00 (25 cents per copy) in a check made payable to Sedgwick County. Once payment has been received by the Sedgwick County Sheriff's Office, Records Section, 141 W. Elm, Wichita, KS 67203 the records will be provided.

Routine redactions of social security numbers and dates of birth will be made to the records to be released, pursuant to K.S.A. 75-3520 and K.S.A. 45-221(a)(30). You may let me know of any questions.

Sincerely,

Debbra Alexander
Debbra Alexander
Records Administrator

3/31/14

## AFFIDAVIT OF CUSTODIAN OF RECORDS

I, Captain Sharon Willits, being fist duly sworn, on oath, depose and say that:

1.  I am a duly authorized Captain with the Sedgwick County Sheriff's Office assigned to the Sedgwick County Detention Facility ("Jail").

2.  I am a duly authorized custodian of the records attached hereto and I have authority to certify those records.

3.  I certify that the records attached hereto (Kenney Thomas) are true and accurate copies of records made and maintained by the Sedgwick County Sheriff's Office.

4.  The records were prepared by the employees, personnel or authorized staff of the Sheriff's Office, or persons acting under their control, in the regular course of the business at or about the time of the act, condition or event recorded.

5.  I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2014

_Sharon L. Willits_
Captain Sharon Willits

SUBSCRIBED AND SWORN to before the undersigned on ___Feb, 13___, 2014.

DEMIA R. MARTINEZ
NOTARY PUBLIC
STATE OF KANSAS
My Appl. Exp. 3-23-17

02-13-2014

_Demia R. Martinez_
Notary Public

My Appointment Expires:

RECEIPT

date 02 / 27 / 14   No. 138526

received from Fisher, Patterson, Sayler+ Smith   7 @

amount 3550 SW 5th
Topeka, KS 66601

for payment of Ken Thomas vs City of Wichita   13CV 1040

○ cash   ○ money order   ○ credit card   ☒ check # 09 9876

| amount due | | |
| amount paid | ✓ | from _____ to _____ |
| balance | | signature DO291 |

SC1152WS

3/3/14

KEN THOMAS                    )
       *Plaintiff*          )
                 )
vs.                          )       Civil Action No.  13 CV 1040 CM-KMH
                 )
CITY OF WICHITA, ET AL.,     )
                 )
       *Defendant*        )
_____ )

Pursuant to K.S.A. Chapter 60

## AFFIDAVIT OF CUSTODIAN OF RECORDS

STATE OF KANSAS          )
                    )
COUNTY OF SEDGWICK )

    I, **Debbra Alexander**, being first duly sworn, on oath, depose and say that:

    1)   I am a duly authorized custodian of records of the Sedgwick County Sheriff's Office, and have the authority to certify the attached records.

    2)   The copies of the records attached hereto are true and correct copies of the records requested.  For privacy considerations, I have redacted driver's license numbers, social security numbers and dates of birth.

    3)   The records produced were created by the employees, personnel or authorized staff of the Sedgwick County Sheriff or persons acting under their control.

                                 Debbra Alexander, Records Custodian
                                   Sedgwick County Sheriff's Office

SUBSCRIBED AND SWORN to before the undersigned on February 14 , 2014.

                                   Notary Public

My Appointment Expires:  11-30-14

ADRIENNE C MUNTZ
MY APPL. CAP. 11-30-14